CLEVELAND BAR ASSOCIATION *v.* CICIRELLA.

[Cite as *Cleveland Bar Assn. v. Cicirella* (1999), 86 Ohio St.3d 544.]

(No. 99–834—Submitted June 22, 1999—Decided September 8, 1999.)

*Porter, Wright, Morris & Arthur* and *Daniel F. Gourash; Van Aken, Withers & Webster* and *Kevin L. Starrett,* for relator.

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Although an indefinite suspension is generally warranted when a pattern of neglecting legal matters is coupled with a failure to cooperate in the ensuing disciplinary investigation, there is no such pattern of neglect related to multiple clients here. See *Cleveland Bar Assn. v. Rollins* (1999), 84 Ohio St.3d 408, 704 N.E.2d 1210. The board was justified in relying on the lack of such pattern to impose a lesser sanction. Respondent is hereby suspended from the practice of law in Ohio for two years, with one year stayed, and she is ordered to pay $1,000 to the Shaffers. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.